1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  GARY G. FRY (CABN 85582)
   Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       Gary.fry@osdoj.gov
8
   Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,         )   NO. CR 11-00270 DLJ
14                                   )
              Plaintiff,             )   **NOTICE OF DISMISSAL**
15                                   )
       v.                            )
16                                   )
   ROBERT KRUEGER,                   )
17                                   )
              Defendant.             )
18 _____  )

19
       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the above indictment without prejudice.
21

22 DATED: May 1, 2014                    Respectfully submitted,

23                                       MELINDA HAAG
                                         United States Attorney
24

25
                                         _____/s/_____
26                                       GARY G. FRY
                                         Assistant United States Attorney
27

28

   NOTICE OF DISMISSAL (CR 11-00207 DLJ)

1   Leave is granted to the government to dismiss the indictment.

2

3   Date: 6/19/14

4   _____
    ~~HONORABLE PAUL S. GREWAL~~
5   ~~United States Magistrate Judge~~
    D. Lowell Jensen
6   U.S. District Court Judge

7

8

...

NOTICE OF DISMISSAL (CR 11-00207 DLJ)